UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VINCENT ST. LOUIS,<br><br>                    Defendant. | **INFORMATION**<br><br>25 Cr.  401 |

### COUNT ONE
### (Unlawful Interstate Transportation of Firearms)

The United States Attorney charges:

1.      From at least on or about May 9, 2023 through at least on or about April 16, 2025, in the Southern District of New York and elsewhere, VINCENT ST. LOUIS, the defendant, not being a licensed importer, licensed manufacturer, licensed dealer or licensed collector of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully and knowingly did transport into and receive in the State of New York, where he then resided, firearms purchased and otherwise obtained by the defendant outside the State of New York, to wit, ST. LOUIS purchased firearms in Pennsylvania and transported them to the Bronx, New York, where he resided.

(Title 18, United States Code, Section 922(a)(3) and 2.)

## FORFEITURE ALLEGATION

2.      As a result of committing the offense alleged in Count One of this Information, VINCENT ST. LOUIS, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offense, including but not limited to:

    a.   A Taurus model 85 revolver with serial number FC29500; and

    b.   A Ruger model LCP pistol with serial number 371-298424.

_____<br>
JAY CLAYTON<br>
United States Attorney