

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 20, 2025

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Vincent St. Louis*, 25 Cr. 401 (KPF)

Dear Judge Failla:

  The Government writes on behalf of both parties to respectfully request that the Court adjourn the November 21, 2025 status conference to December 12, 2025 at 3:00 p.m., in light of the Court closure on November 21, 2025 and ongoing discussions between the parties. The Government also respectfully requests that the time between today and December 12, 2025 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the defendant time to review discovery and the parties an opportunity to continue discussing the possibility of a pretrial resolution of this case. Defense counsel consents to this request.

            Respectfully submitted,

            JAY CLAYTON
            United States Attorney
            Southern District of New York

        By: _____
            Lauren E. Phillips
            Assistant United States Attorney
            (212) 637-2231

cc: Mark B. Gombiner, Esq. (by ECF)

Application GRANTED. The conference currently scheduled for November 21, 2025, is hereby ADJOURNED to **December 12, 2025,** at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **November 21, 2025,** and **December 12, 2025.** The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 22.

Dated:    November 20, 2025         SO ORDERED.
          New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE